AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
ERIC D. MOSLEY )  Case No. 3:21MJ-457
)
)
)
)

*Defendant(s)*

FILED
JAMES J. VILT JR,
CLERK
9/10/2021
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 9, 2021** in the county of **Jefferson** in the **Western** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and (b)(1)(B) | Possession with Intent to Distribute a Controlled Substance |
| 18 U.S.C. 924(c)(1)(A) | Possession of a Firearm in Furtherance of Drug Trafficking |
| 18 U.S.C. 922(g)(1) | Possession of a Firearm by a Prohibited Person |

This criminal complaint is based on these facts:
See attached affdiavit.

☑ Continued on the attached sheet.

/s/ Ryan Whitford
*Complainant's signature*

Ryan Whitford, FBI TFO
*Printed name and title*

Sworn to before me by telephone.

Date: September 10, 2021

City and state: Louisville, Kentucky

Colin H Lindsay, Magistrate Judge
United States District Court
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Ryan Whitford, having been duly sworn, state;

**Introduction**

1.      I am a Task Force Officer ("TFO") of the Federal Bureau of Investigation (FBI) assigned to the Louisville, Kentucky, Safe Streets Task Force. I have been a TFO of the FBI since 2017. I am a Detective with the Louisville Metro Police Department (LMPD) and have been a law enforcement officer of the Commonwealth of Kentucky for over 11 years. By virtue of my federal deputized authority, I am authorized to conduct investigations into violations of the Controlled Substances Act. I am a Federal Task Force Officer of the United States within the meaning of Section 2510 (7) of Title 18 United States Code. As such, I am empowered to conduct investigations of and to make arrests for offenses enumerated in Title 21, United States Code, Section 841.

2.      As a TFO of the FBI, I have been assigned as the primary investigator and also assisted on cases involving drug trafficking organizations as well as street level gang related drug trafficking organizations. As such, I have initiated and/or participated in investigations involving the organized distribution of illegal drugs. I have conducted or participated in surveillance, monitoring of wiretaps, the execution of search warrants, the operation and debriefing of informants, and have reviewed taped conversations relating to drug transactions. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payment for such drugs.

3.   The statements contained in this affidavit are based in part on information I have learned through my own investigation, experience, and background as an FBI Special Agent, The statements are also based on information gained from other law enforcement officials and individuals who have assisted in this investigation. Not every fact known has been placed in this affidavit. This affidavit is being submitted for the purpose of a criminal complaint. I have not included each and every fact known to me concerning this investigation.

## Offenses Being Committed

4.   The targeted individual is alleged to have committed violations of Possession with the Intent to Distribute a Controlled Substance in violation of Title 21 United States Code Sections 841(a)(1) and (b)(1)(B), Possession of a Firearm in Furtherance of Drug Trafficking, in violation of Title 18, United States Code, Section 924(c)(1)(A), and Possession of a Firearm by a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(1).

## Facts Establishing Probable Cause

5.   On or about September 9, 2021, agents obtained a search warrant authorized by a United States Magistrate Judge for the Western District of Kentucky for hotel room number 510 located at the Hampton Inn, 4100 Hampton Lake Way, Louisville, KY. 40241, a room occupied by **ERIC MOSLEY**.

6.   On that same date, agents executed the search warrant at the hotel room.  When Agents executed the warrant at the Hampton Inn Hotel, they found **MOSLEY** inside the hotel room alone. A subsequent search of the room revealed that **MOSLEY** was in possession of approximately one kilogram of cocaine; one AK-47 style pistol Rom Arm / Cugir 7.62X39 SN#PMD-11158-19RO; a Zigana PX-9 handgun SN#T0620-19BM13542; and approximately

one hundred thousand dollars in cash ($100,000).   The Zigana PX-9 handgun was previously reported stolen.

7.       Agents conducted a field test of the suspected cocaine, which tested positive for cocaine.

8.       According to checks of **MOSLEY**'s criminal history, he is a convicted felon and is therefore prohibited from possessing a firearm.  Specifically, **MOSLEY** appears to have the following prior felony convictions:

    a.   On or about December 1, 2015, **MOSLEY** was convicted of the offenses of Enhanced Possession of a Controlled Substance in the First Degree, First Offense; Enhanced Possession of Drug Paraphernalia; Enhanced Possession of Marijuana; and Enhanced Possession of a Controlled Substance in the First Degree, First Offense (Heroin), and was sentenced to 5 years in prison, probated for 5 years in case number 15-CR-002635; and

    b.   On or about December 1, 2015, **MOSLEY** was convicted of Enhanced Trafficking in a Controlled Substance in the First Degree, First Offense, Less than 4 Grams of Cocaine; Receiving Stolen Property (Firearm); Enhanced Possession of Marijuana; and Trafficking in a Controlled Substance in the First Degree, First Offense (Less than 2 grams of Heroin).

9.       Agents confirmed that the firearms seized from **MOSLEY** were manufactured outside the Commonwealth of Kentucky.  Accordingly, the firearms travelled in interstate commerce prior to being possessed by **MOSLEY**.

10.      Based on my training, experience, and knowledge of this investigation, your affiant is aware that drug traffickers commonly possess firearms in furtherance of their drug trafficking

activities. That is particularly true in instances in which drugs, firearms, and cash are kept in close proximity to one another, as was present in the hotel room occupied by **MOSLEY**.

## Conclusion

11. Based on the evidence gathered in this investigation, Affiant believes there is probable cause to arrest **ERIC MOSLEY** for violations of Possession with the Intent to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), Possession of a Firearm in Furtherance of Drug Trafficking, in violation of Title 18, United States Code, Section 924(c)(1)(A), and Possession of a Firearm by a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(1).

__/s/ Ryan Whitford_____

Ryan Whitford
Task Force Officer,
Federal Bureau of Investigation

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) this 10th day of September, 2021

Colin H Lindsay, Magistrate Judge
United States District Court